In the Matter of Daniel Kasckarow, Appellant, v Board of Examiners of Sex Offenders of State of New York, Respondent.

Submitted April 6, 2015; decided May 7, 2015

Motion to expand the record on appeal denied.

Katherine Mathis et al., Appellants, v D.D. Dylan, LLC, Respondent.

Submitted March 2, 2015; decided May 7, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

The People of the State of New York, Respondent, v Curtis Basile, Appellant.

Submitted May 4, 2015; decided May 7, 2015

Motion by Civil Rights Research Center for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.